■ In the Matter of AUSTIN G. MOLNAR, Appellant, v JEFFERSON COUNTY CHILDREN'S DIVISION et al., Respondents. (Ap-

peal No. 2.)—Order unanimously affirmed without costs for reasons stated at Jefferson County Family Court, Hunt, J. (Appeal from Order of Jefferson County Family Court, Hunt, J.—Custody.) Present—Callahan, J. P., Boomer, Green, Lawton and Boehm, JJ.